


UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

UNITED STATES, RESPONDENT

v.                                         CASE #8:17-CR-121-T-EAKS

Wayne St. Aubyn Smith, Petitioner

WRIT OF HABEAS CORPUS

28 U.S.C.  2241(c) (1)

There is no requirement that a person appealing a denial of section 2241 relief obtain a Certificate of Appeal (COA), see Sawyer v. Holden, 326 F.3d 1363 (11th Cir. 2003); U.S. v. Barret, 178 F.3d 34 (1st Cir. 1999); Sugarman v. Pitzer, 170 F.3d 1145 (D.C. Cir. 1999); McIntosh v. U.S. Parole Com'n, 115 F.3d 809 (10th Cir. 1997); Forde v. U.S. Parole Com'n, 114 F.3d 878 (9th Cir. 1997).

It is held that a motion meets the escape hatch criteria of  2255 when a petitioner (1𝑑) makes a claim of actual innocence, and (2) has not had an unobstructed procedural shot at presenting that claim; Collins v. Holinka, 510 F.sd 666 (7th Cir. 2007) (28 U.S.C. A. 2241) by its terms covers any claim for release by a

Person who contends that his custody violates the Constitution or laws of the United States; Congress did not amend or repeal  2241 when  2255 was enacted. The District Court must entertain this  2241 action on the merits; Morales v. Bezy, 499 F.3d 668 (7th Cir. 2007).

The court has established a three-pronged test to determine the applicability of the Sowing Clause to permit a federal prisoner to file a  2241 petition attacking his conviction or sentence; under this test, the petitioner must show (1) that his claim is based on a retroactively applicable U.S. Supreme Court decision, (2) the holding of that decision establishes that the petitioner was convicted of a non-existent offense, and (3) Circuit Law squarely foreclosed such a claim at the time it otherwise should have been raised at the petitioner's trial, appeal, or first  2255 motion; Stephens v. Herrera 464 F.3d 895 (9th Cir. 2006).

Rule 24(a) of the Federal Rule of Appellate Procedure provides that such a petitioner may continue to proceed In Forma Pauperis without further authorization unless the district court certifies in writing that the appeal is not taken in good faith or that the applicant is otherwise not entitled to the benefit of the forma pauperis statute.

Petitioner is with reasonable expectation that Officers, Agents, and officials holding any position of Public Trust, or Political Office, are prohibited, under Official Oath, under the authority of the Law of the Land, from the use of the political position(s) or office to violate the Constitution of the United States of America; and thus by the abuse of authority, and the practice of superseding their "limited" jurisdictional powers, violate and abridge the Natural, Divine, Unalienable, and secured rights of the people; terminating with the cause of damage to this petitioner.

    1)Defendant had every right to ask for and receive the public servant's Surety Bond and Oaths of Office/Ethics. 15 USC Public Hazard Bond.

    2)The Judges that acted upon this case violated their Oaths of Office and violated petitioner's constitutionally secured rights.

    3)The public servants, representing the government are in violation of their Oaths of Office and Public Disclosure laws wherein petitioner's requested discoveries were never provided in spite of one request was granted by the court, (Dkt. 58)

    4)The prosecution failed to provide discoveries as to the government's obligation to disclose material pursuant to the Jencks Act and/or Brady v. Maryland, 373 U.S. 83, 83 S. Ct. 1194, 10 L. Ed. 2d 215 (1963). (a) Disclosure by the Government. At arraignment, or on a date otherwise set by the court for good cause shown, the government shall tender to defendant the following: (A) Fed. R. Crim. P. 16. Information. All discoverable information within the scope of Rule 16(a) of the Federal Rules of Criminal Procedure. (B) Brady Material. All information and material known to the government which may be favorable to the defendant on the issues of guilt or punishment, without regard to materiality, within the scope of Brady v. Maryland, 373 U.S. 83, 83 S. Ct. 1194, 10 L. Ed. 2d 215 (1963). (C) Giglio Material. The existence and substance of any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective witnesses, within the scope of United States v. Giglio, 405 U.S. 150, 92 S. Ct. 763, 31 L. Ed. 2d 104 (1972). (D) Testifying informant's convictions. A record of prior convictions of any alleged informant who will testify for the government at trial. (E) Defendant's identification. If a line-up, show-up, photo spread or similar procedure was used in attempting to identify the defendant, the exact procedure and participants shall be described and the results, together with any pictures and photographs, shall be disclosed. (F) Inspection of vehicles, vessels, or aircraft. If any vehicle, vessel, or aircraft was allegedly utilized in the commission of any offenses charged, the government shall permit the defendant's counsel and any expert selected by the defense to inspect it, if it is in the custody of any governmental authority. (G) Defendant's latent prints. If latent fingerprints, or prints of any type, have been identified by a government expert as those of the defendant, copies thereof shall be provided. (H) Fed. R.Evid.404(b). The

government shall advise the defendant of its intention to introduce evidence in its case in chief at trial, pursuant to Rule 404(b) of the Federal Rules of Evidence. (1) Electronic Surveillance Information. If the defendant was an "aggrieved person" as defined in 18 U.S.C. § 2510(11), the government shall so advise the defendant and set forth the detailed circumstances thereof. (2) Obligations of the Government. (A) The government shall anticipate the need for, and arrange for the transcription of, the grand jury testimony of all witnesses who will testify in the government's case in chief, if subject to Fed. R. Crim. P. 26.2 and 18 U.S.C. § 3500. Jencks Act materials and witnesses' statements shall be provided as required by Fed. R. Crim. P. 26.2 and 18 U.S.C. § 3500. However, the government, and where applicable, the defendant, are requested to make such materials and statements available to the other party sufficiently in advance as to avoid any delays or interruptions at trial. The court suggests an early disclosure of Jencks Act materials. (B) The government shall advise all government agents and officers involved in the case to preserve all rough notes. (C) The identification and production of all discoverable evidence or information is the personal responsibility of the Assistant United States Attorney assigned to the case and may not be delegated without the express permission of the court. It has long been established that the prosecution's 'deliberate deception of a court and jurors by the presentation of known false evidence is incompatible with rudimentary demands of justice.' Giglio v. United States ... . If it was reasonable for Banks to rely on the prosecution's full disclosure representation, it was also appropriate for Banks to assume that his prosecutors would not stoop to improper litigation conduct to advance prospects for gaining a conviction. ..." (540 U.S. at 694.)

5)The prosecution failed to rebut petitioner's Affidavit of Fact/Writ of Discovery; an unrebutted affidavit stands as truth in commerce; an unrebutted affidavit is acted upon as the judgment in commerce; this court did not have jurisdiction as per Article III, Section II of the United States Constitution. "Before an individual can be charged and convicted with a crime, the government official or agency must prove jurisdiction." There are (7) elements of jurisdiction, all of which must be proved by the prosecution if challenged. If any element of the (7) is not proven on the record, the case must be dismissed.

6)The government/prosecution retaliated against petitioner for filing a tort claim under the Federal Tort Claims Act, in that they revoked petitioner's bond and confined petitioner, again, in violation of petitioner's civil and constitutionally secured rights. The law enforcement provision to the Federal Tort Claims Act applies to all the activities of Law enforcement officers within the scope of their employment, not just to their investigative or law enforcement activities. Millbrook v. United States 133 S. Ct. 1441, 185 L.Ed 2d

7)Judges, Prosecution and the stand-by attorney, Mark Ciarravella, who was assigned by the court to file defendant's motions, conspired to violate defendant's constitutional rights to self representation in that was given three(3) days to prepare for trial after court's determination that defendant was competent to represent self. Defendant submitted four(4)motions to stand-by attorney to be filed, but Mr. Ciarravella took it upon himself to only file three of the four. The motion that he failed to file requested that the court give the defendant enough time to prepare

in order to have a fair trial. Mr. Ciarravella, an officer of the court then perjured himself when questioned by the judge, when he stated that he never received the motion. The motion was sent along with three other motions that were filed by Mr. Ciarravella. (see exh. A)

8)The Judges, prosecution and the stand-by attorney, Mark Ciaravella, who was assigned by the court to file petitioner's motions, conspired to violate petitioner's constitutional rights to self-representation in that (1) petitioner was given 3 days to prepare for trial after the court's determination that petitioner was competent to represent self. (2) Petitioner was not given adequate time to prepare for trial nor was petitioner provided time to get witnesses in my defense. (3) Petitioner prepared and submitted numerous motions to be filed by Mark Ciaravella; one specific motion, Motion to reschedule trial date, was submitted with three other motions, in the same email, but the motion to reschedule was never filed. This particular motion was requesting more time in order to prepare for trial and that the trial would be fair and impartial. Mr. Ciaravella, an officer of the court perjured himself in open court by stating that he never received the motion even though the three other motions attached to the same email were filed. (See exh. A)

9)The court placed emphasis on having a fair and impartial jury, but according to demographics of the Middle District of Florida, it shows that a significant Black/African American population, yet the jury pool of 35 showed no representation of the population. Petitioner was not represented in the jury pool, wherein petitioner could not have a fair and impartial jury. The racial make-up of the jury pool was historically prejudicial towards the African American/Black population.

10)The accusation must be made under penalty of perjury. If perjury cannot reach the accuser, there is no accusation. Otherwise, anyone may accuse another falsely without risk. The alleged victim's statement submitted in the PSR did not have the victim's name or signature under penalty of perjury, violating my right to face my accuser.

The court must be one of competent jurisdiction. To have valid process. The tribunal must be a creature of its constitution, in accord with the law of its creation, i.e. (Article III Judge). Without the limiting factor of a court of competent jurisdiction, all citizens would be in jeopardy of loss of liberty being imposed at any bureaucrat's whim. It is conceivable that the procedure could devolve to one in which the accuser, the trier of facts, and the executioner would all be one and the same.

" A Court must vacate any judgment entered in excess of its jurisdiction." Lubben v. Selective Service System, 453 F.2d 645, 649 (1st Cir. 1972).

U.S. Supreme Court, in Scherer v. Rhodes, supra, 416 U.S. 232. 94 S. Ct 1683, 1687 (1974). A court must vacate any judgment entered in excess of its jurisdiction.

A judgment is void on its face if the trial court exceeded its jurisdiction by granting relief that it had no power to grant. Jurisdiction cannot be conferred on a trial court by consent of the

parties. Summers v. Superior Court (1959) supra; Roberts v. Roberts (1966) supra. Thus, the fact that a judgment is entered pursuant to stipulation does not insulate the judgment from attack on the ground that it is void. In People v. Ores 1941 Chrysler Sedan (1947) 81 Cal. App. 2D 18, 21-22 [183 P. 2d 368].

"No weapons formed against me shall prosper and every tongue which rises against you in judgment you shall prove wrong. This is the inheritance of the servants of YAHWEH, and their righteousness from me," declares Yahweh. Isa. 54:17. He who declares a wrong right and he who condemns the righteous, both of them are an abomination to YAHWEH. Prov. 17:15

Judges took an Oath of Office to defend the Constitution of the United States of America, while at the same time being a registered agent of the British Accreditation Registry, which is a foreign entity and treasonous to the Constitution...Foreign Agent Registration Act or FARA. That alone constitute fraud *upon the court* rendering all your judgments void ab initio.

You then charge me with a statute which in and of itself does not apply to me for the mere fact that I am not a bureaucrat or a government employee and that the Supreme Court has deemed to be unconstitutional: Rodrigues v. Ray Donovan; Self v. Rhay; Bonnett v. Vallier; Marbury v. Madison.

You used witnesses that are in violation of their own Oath's of Office and in violation of 18 USC 2071 & 2076, the very statutes that you are charging me of violating in direct opposition to the Clean Hands Doctrine.

Where rights are secured by the Constitution are involved, there can be no rule making or legislation which abrogate them... Miranda v. Arizona. Remedy to the people when rights are violated.

You've ignored the law for political expediency to cover for your colleague; you ignore exculpatory evidence in possession of the prosecution while condoning fraud. An order or judgment obtained in violation of Due process, without jurisdiction, or by fraud is void. Gov't Financial Services v. Peyton Place.

Jurisdiction once challenged, is to be proven, not by the court, but by the party attempting to assert jurisdiction. The burden of proof of jurisdiction lies with the asserter. The court is only to rule on the sufficiency of the proof tendered. McNutt v. General Motors Acceptance Corp. (GMAC)298 US 178. The origins of this doctrine of law may be found in Maxfield's Lessee v. Levy, 4 US 308.

"When a judge does not follow the law, they are trespasser of the law, the judge loses subject matter jurisdiction and the judge's order are void, of no legal force or effect." The Supreme Court, in Scherer v. Rhodes, 416 U.S. 232, 94 S. Ct 1683, 1687 (1974) stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, he is in that case stripped of his official or representative character and is subjected in person to the consequences of his individual conduct. The state has no power to impart to him any immunity from responsibility to the supreme authority of the United States.

Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason. U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980). When any

court violates the clean and ambiguous language of the Constitution, a fraud is perpetuated and no one is bound to obey it. State v. Sutton, 63 Minn. 147 65 NW 262 30 LRA 630 AM ST. 459.

Judges may be punished criminally for willful deprivation of rights on the strength of 18 USC 242, Imbler v. Pachtman, US 47 L. Ed. 2d. 128, 96 S. Ct. 37. Judges have no immunity from prosecution from their judicial acts Bradley v. Fisher, US 13 Wall 335 (1871).

Cannon v. Commission of Judicial Qualifications (1975) 14 Cal. 3d. 678, 694. Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process.

All officials (employees) are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 U.S.C.) and is prim-a-face evidence and grounds to impose a lien upon the official personally to secure their public Oath and service of of Office.

If two or more persons conspire to injure, threaten. Or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway or the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured they shall be fined not more than $10,000 or imprisoned not more than 10 years, or both; and if death results they shall be subject to imprisonment for any term of years or for life.

The Constitution for the United States of America binds all judicial officers at article 6, wherein it does say, "This constitution and the laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States shall be the supreme law of the land, and the judges of every state shall be bound thereby, anything in the Constitution or laws of any state to the contrary, not withstanding." (Clause2)

The 5th amendment requires that all persons within the United States must be given due process of the law and equal protection of the law.

The unconstitutional charge(s) being applied to the defendant are repugnant to the Constitution because it denies a right established and guaranteed in the 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, and 10th Amendments, and in the United States Supreme Court "Stare Decisis" so noted above where this court has no authority to adjudicate contrary.

All orders or judgments issued by a judge in a court of limited jurisdiction must contain the findings of the court showing that the court has subject matter jurisdiction, not allegations that the court has jurisdiction. In Re Jennings, 68 ILL 2d. 125, 368 N.E. 3d. 864 (1977)

In interest of M.V. 288 ILL App. 3. 300, 681 N.E. 2d. 532 (1st Dist. 1997). Without subject matter jurisdiction, all of the orders and judgments issued by a judge are void under law, and are of no legal force or effect.

These plaintiffs (a court of limited jurisdiction), lacks the power to act and have proceeded beyond the strictures of the statutes, and that the statutes being applied are created from revised statutes and codes of a foreign and unidentified source, as they fail to show from what authority in law they exist, where they fail to show on there face the mandatory enacting clause.

Said revised statutes and codes fail to show a necessary and mandatory enacting clause on their face, giving them lawful force and effect. Said revised statutes and codes are private codes and are not law, do not compel this defendant to perform and do not apply to him and fail to show "authority for the court to make any order." Levy v. Industrial command IBID, Midland Coal Co. v. Knox County, IBID.

This court shall take mandatory Judicial Notice of the adjudged decisions of the Supreme Court of the United States of America. Bradley v. Fisher 80 US 335 (1871), 351, 352 that officers of the court have no immunity when they have no jurisdiction over subject matter. And further Baily v. on page 352 and 352 is as follows, "where there is clearly no jurisdiction over the subject matter any authority exercised is a usurped authority, and for the exercise of such authority, when the want of jurisdiction is known to the judge, no excuse is permissible." This evidence of Bradley v. Fisher 80 US 335 (1871).

Lack of federal jurisdiction can not be waived or overcome by agreement of parties. Griffin v. Mathews, 310 F Supra 341, 342 (1969).

Under 42 USC 1986 Action for neglect to prevent...it states: Every person who having knowledge that any wrongs conspired or to be done...and having power to prevent or aid in preventing... neglects or refuses so to do...shall be liable to the party injured...and; the means of "knowledge," especially *where it consists of public record is deemed in law to be "knowledge of the facts." As the means of "knowledge" if it appears that the individual had notice or information of circumstances which would put him/her on inquiry, which if followed, would lead to "knowledge," or that the facts were presumptuously within his/her knowledge, he/she will have deemed to have had actual knowledge of the facts and may be subsequently liable for any damage or injury. ("Public Officials have been given "knowledge of the facts"* as it pertains to this conspiracy to commit fraud against the people.)

The U. S. Supreme Court, which this court is bound to follow, stated in U.S. v. Throckmorton, 98 US 61, 64 (1878); :There is no question of the general doctrine that fraud vitiates the most solemn contracts , documents and even judgments." Fraud vitiates everything, and a judgment equally with a contract... "(citing Wells, Res adjudicata, section 499).

The Supreme Court further stated in Valley v. Northern Fire and Marine Insurance Co., 254 US 348, 353-354 (1920). Courts are constituted by authority, and they cannot [act] beyond the power delegated to them." If they act beyond that authority, and certainly in contravention of it, their judgments and orders are regarded as nullities. They are not voidable, but simply void, and this even prior to reversal. Elliot v. Lessee of Piersol, 26 US (1Pet.) 328, 340; Old Wayne Life Assn. v. McDonough, 204 US 8, 27 S. Ct 236.

The District of Columbia Court of Appeals, in Austin v. Smith, 312 F. 2d. 337, 343 (1962) in light of F.R.C.P. Rule 60 (b)(5), held: "If the underlying judgment is void, the judgment based upon it is also void."

The information created and surrounding the stricti juris doctrine regarding a particular license which may, or may not, be represented by and revealed within the contents and control of a license agreement "but must be revealed upon demand, and failure to do so is concealment, a withholding of material facts (the enducing, contractual consideration) known by those who have a duty and are bound to reveal." Dolcater v. Manufacturers S traders Trust Co., D.C.N.Y., 2 F. Supp. 637, 641

All that, said I forgive you all. "Vengeance is mine saith YAHWEH, I will repay."

"For YAHWEH loves justice, and does not forsake His saints; they are preserved forever, but the dependents of the wicked shall be cut off. PS. 37:28

*The mouth of the righteous speaks wisdom, and his tongue talks of justice. The law of his Elohim is in his heart; none of his steps shall slide. The wicked watches the righteous and seeks to slay him. YAHWEH will not leave him in his hand, nor condemn him when he is judged. PS. 37:25, 30-32*

> "Don't we vow to tell the truth, the whole truth, and nothing but the truth? Justice isn't served when truth is censored." But have you noticed that the attorneys for both the prosecution and the defense are not required to take the same oath? Rather than being bound to tell the whole truth, they are, I dare say, expected not to. Their legal obligation is to tell only the version of truth that supports their case. Only the witness, not the lawyers, have to vow to tell the the whole truth. Our justice is concerned more with prosecutions and acquittals than it is with either truth or justice. Both the prosecution and the defense stick to the evidence and witnesses that support their case. If they discover evidence that would help the other side, they don't submit it to trial. That's what happens when a legal system values individual rights above the search for truth or the administration of justice.
>
> Petitioner established a prima facie case that entitles him to evidentiary hearing and request that the Court vacate his sentence and immediately release or grant a new trail.
>
> For the foregoing reason Petitioner humbly request that this Motion for Writ of Habeas be granted.
>
> I understand that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. Further, I certify that all information contained herein are true and correct to the best of my knowledge and belief.
>
> _____
> 12/21/17
> Authorized Representative, in Propria Persona
>
> Natural Person

 Gmail — Motions to file

Wayne Smith <jester4us@gmail.com>

*Exh. A*

## Motions to file
3 messages

**Wayne Smith <jester4us@gmail.com>**  Wed, Jul 12, 2017 at 2:34 PM
To: Mark Ciaravella <mark@ciaravella.com>

Please file and return receipt to me...Along with motion are the signature pages updated as PDF

Confidentiality Notice:
This private email message, including any attachment(s) is limited the sole use of the intended recipient and may contain Privileged and/or Confidential Information. Any and All Political, Private or Public Entities, Federal, State, or Local Corporate Government(s), Municipality(ies), International Organizations, Corporation(s), agent(s), investigator(s), or informant(s) et al., and/or Third Party(ies) working in collusion by collecting and/or monitoring My email(s), and any other means of spying and collecting these communications Without my Exclusive Permission are Barred from Any and All Unauthorized Review, Use, Disclosure or Distribution. With Explicit Reservation of All My Rights, Without Prejudice and Without Recourse to Me. Any omission does not constitute a waiver of any and/or ALL Intellectual Property Rights or Reserved Rights.
NOTICE TO PRINCIPLE IS NOTICE TO AGENT. NOTICE TO AGENT IS NOTICE TO PRINCIPLE.

5 attachments

- Job Description.pdf  *Filed*
  1439K
- Reschedule Trial Date.pdf
  19K
- Motion for Discovery.pdf  *Filed*
  358K
- Writ of Discovery.pdf  *Filed*
  1269K
- Reschedule trial date IN THE UNITED STATES DISTRICT COURT.docx
  15K

**Wayne Smith <jester4us@gmail.com>**  Wed, Jul 12, 2017 at 5:44 PM
To: jester4us <jester4us@yahoo.com>

Confidentiality Notice:
This private email message, including any attachment(s) is limited the sole use of the intended recipient and may contain Privileged and/or Confidential Information. Any and All Political, Private or Public Entities, Federal, State, or Local Corporate Government(s), Municipality(ies), International Organizations, Corporation(s), agent(s), investigator(s), or informant(s) et al., and/or Third Party(ies) working in collusion by collecting and/or monitoring My email(s), and any other means of spying and collecting these communications Without my Exclusive Permission are Barred from Any and All Unauthorized Review, Use, Disclosure or Distribution. With Explicit Reservation of All My Rights, Without Prejudice and Without Recourse to Me. Any omission does not constitute a waiver of any and/or ALL Intellectual Property Rights or Reserved Rights.
NOTICE TO PRINCIPLE IS NOTICE TO AGENT. NOTICE TO AGENT IS NOTICE TO PRINCIPLE.

5 attachments

- Job Description.pdf
  14K
- Reschedule Trial Date.pdf

190K

📎 Motion for Discovery.pdf
35K

📎 Writ of Discovery.pdf
1269K

📎 Reschedule trial date IN THE UNITED STATES DISTRICT COURT.docx
15K

---

Wayne Smith <jester4us@gmail.com>　　　　　　　　　　　　　　　　　　Fri, Jul 14, 2017 at 3:03 PM
To: jester4us <jester4us@yahoo.com>

Confidentiality Notice:
This private email message, including any attachment(s) is limited the sole use of the intended recipient and may contain Privileged and/or Confidential Information. Any and All Political, Private or Public Entities, Federal, State, or Local Corporate Government(s), Municipality(ies), International Organizations, Corporation(s), agent(s), investigator(s), or informant(s), et al., and/or Third Party(ies) working in collusion by collecting and/or monitoring My email(s), and any other means of spying and collecting these communications Without my Exclusive Permission are Barred from Any and All Unauthorized Review, Use, Disclosure or Distribution. With Explicit Reservation of All My Rights, Without Prejudice and Without Recourse to Me. Any omission does not constitute a waiver of any and/or ALL Intellectual Property Rights or Reserved Rights.
NOTICE TO PRINCIPLE IS NOTICE TO AGENT. NOTICE TO AGENT IS NOTICE TO PRINCIPLE.

## Forwarded conversation
Subject: Motions to file
------------------------

From: Wayne Smith <jester4us@gmail.com>
Date: Wed, Jul 12, 2017 at 2:34 PM
To: Mark Ciaravella <mark@ciaravella.com>

Please file and return receipt to me...Along with motion are the signature pages updated as PDF

Confidentiality Notice
This private email message, including any attachment(s) is limited the sole use of the intended recipient and may contain Privileged and/or Confidential Information. Any and All Political, Private or Public Entities, Federal, State, or Local Corporate Government(s), Municipality(ies), International Organizations, Corporation(s), agent(s), investigator(s), or informant(s), et al., and/or Third Party(ies) working in collusion by collecting and/or monitoring My email(s), and any other means of spying and collecting these communications Without my Exclusive Permission are Barred from Any and All Unauthorized Review, Use, Disclosure or Distribution. With Explicit Reservation of All My Rights, Without Prejudice and Without Recourse to Me. Any omission does not constitute a waiver of any and/or ALL Intellectual Property Rights or Reserved Rights.
NOTICE TO PRINCIPLE IS NOTICE TO AGENT. NOTICE TO AGENT IS NOTICE TO PRINCIPLE.

----------
From: Wayne Smith <jester4us@gmail.com>
Date: Wed, Jul 12, 2017 at 5:44 PM
To: jester4us <jester4us@yahoo.com>

Confidentiality Notice
This private email message, including any attachment(s) is limited the sole use of the intended recipient and may contain Privileged and/or Confidential Information. Any and All Political, Private or Public Entities, Federal, State, or Local Corporate Government(s), Municipality(ies), International Organizations, Corporation(s), agent(s), investigator(s), or informant(s), et al., and/or Third Party(ies) working in collusion by collecting and/or monitoring My email(s), and any other means of spying and collecting these communications Without my Exclusive Permission are Barred from Any and All Unauthorized Review, Use, Disclosure or Distribution. With Explicit Reservation of All My Rights, Without Prejudice and Without Recourse to Me. Any omission does not constitute a waiver of any and/or ALL Intellectual Property Rights or Reserved Rights.

NOTICE TO PRINCIPLE IS NOTICE TO AGENT. NOTICE TO AGENT IS NOTICE TO PRINCIPLE.

5 attachments

- Job Description.pdf
  1439K
- Reschedule Trial Date.pdf
  190K
- Motion for Discovery.pdf
  358K
- Writ of Discovery.pdf
  1260K
- Reschedule trial date IN THE UNITED STATES DISTRICT COURT.docx
  15K